**Budi Torang SIHOMBING, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 11–70501.

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Feb. 21, 2012.*

Filed March 2, 2012.

Cindy Siuhuei Chang, Law Offices of Cindy S. Chang, Walnut, CA, for Petitioner.

Oil, Carmel Aileen Morgan, Esquire, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

Budi Torang Sihombing, a native and citizen of Indonesia, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen or remand. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the BIA's denial of motions to reopen or to remand. *Guzman v. INS*, 318 F.3d 911, 912 n. 1 (9th Cir. 2003). We deny the petition for review.

Sihombing contends the BIA erred in denying his request for further consideration of his application for withholding of removal based on a disfavored group analysis. However, Sihombing does not challenge the BIA's dispositive finding that his motion was untimely and that he did not qualify for an exception to the time limitation. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996) (issues not specifically raised and argued in a party's opening brief are waived).

PETITION FOR REVIEW DENIED.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, we deny Sihombing's request for oral argument.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

